RECEIVED
IN LAKE CHARLES, LA
NOV 30 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE CO. OF AMERICA | : | DOCKET NO. 2:10 CV 00074 |
| VS. | : | JUDGE MINALDI |
| PATRICIA WILLIAMS, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 66] of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion for Payment of Guardian ad Litem Fees [Doc. 56] be GRANTED. The guardian ad litem, Mr. Timothy O'Dowd, is entitled to be paid the sum of $3,266.30 from the funds on deposit with this court;

**IT IS FURTHER ORDERED** that the Motion for Disbursement of Funds and to Designate Sole Beneficiary of the Proceeds [Doc. 58] be GRANTED IN PART and DENIED in PART. Funds remaining after disbursement to the guardian ad litem will be disbursed to Patricia Williams EXCEPT FOR the sum of $10,000.00 to be retained by the court

**IT IS FURTHER ORDERED** that Jon Thurston Williams must assert a claim for the remaining $10,000.00, if any claim he has, within thirty (30) days of his having been personally served by the U.S. Marshal with a copy of this judgment adopting the Magistrate Judge's Report and Recommendation;

**IT IS FURTHER ORDERED** that the remaining $10,000.00 be distributed to Patricia Williams if Jon Thurston Williams fails to assert a claim within the time allowed.

Lake Charles, Louisiana, this 29 day of November, 2012

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE